U.S District Court
for the Wichita Falls
Region; 700 N. Lamar
Wichita Falls, Texas 76309

**FILED**
**August 28, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

**7:23-cv-87-O**

Patrick Arnold White, Sr.
    Plaintiff

v

State of Texas, et al.,
    Respondent
The James V Allred, Jr. Prison
    Defendant
Officer, LOU sheets aka Mahaffey

Referral To Judge:
The Hon Mr. Reed O'Connor
Civil Action: 4:23CV02746

To With An Consent
    Decree / Discovery:
Abatement clauses and statues being issued or given by and from law enforcement/police; while using these uniforms and prison employees; and/or, these Prison officials.

## Case Law:

* * See: Hamm v Rock Hill, 379 US 306 ("abatement"); Civil Rights Act of 1964; Cantu v State, 2016 U.S. Dist. Lexis 130957 ("court lifting the abatement"); Kinnison, 480 Fed. Appx. 271 ("on delays"); proceedingly, In re, MVP 2022 Tex. App. Lexis 6182; In re, Cypress Texas, 425 S.W. 3d 444 ("an mandamus relief compelling abatement"); U.S. v Roettger, 17 M.J. 453 ("the rule of abatement; the federal abatement practice"); Occupational Safety and Health Act (Act); followed by, Gulf Coast Mad., 2010 U.S. Dist./Tex. App. Lexis 405 ("delays in abatement"); Cayuga Indian Nation, 565 F. Supp. 1297 ("Non-intercourse Act in abatement"); ("Indians Lands Act") In re, U.S. v Roettger, 16 M.J. 536 ("Abatement") ("subsequent to trial courts"), en banc, U.S. v Uni Oil, Inc., 510 F.2d 1078 ("Dismissal of an indictment as abatement"); In re, Tex. Ins. Code Ann. 541.154(b)(1)(2)(2009) followed by Tex. Ins. Code Ann. 541.155(2009)(c)("delays"); In re, Benson v State, 224 S.W. 3d 485 ("aggravated assault case and abatement"); Acheson v Fujiko Furusho, 212 F.2d 284 ("Abatement and the Nationality Act") followed by U.S. v Kung-Show Ho, 311 F.3d 589 ("Abatement and the Clean Air Act"); en banc, United Bldg. + Constr., 465 US 208 ("The Privileges and Immunities Clauses and Abatement"); ("Out of state employment"); In re, Rhode Island v Massachusetts, 35 US 657 ("Boundary, abatement and the U.S. Supreme Court")

* *see*: ("Under Cruel and Unusual Punishment")

The Whitley v Albers Case, 475 US 312, 106 S.Ct. 1078 ("The state of Texas being obligated to render the rightful protection and help towards (every) inmate confined within the Texas prison system, against such, abuses by there employees and other inmates.

* v see: Taylor v Sterrett, ("refusal to obey the law"); Cf., Gary W. v Louisiana, 601 F 2d 245 ("noncompliance with a previous court order"), en banc; Kaufman, "Masters in the Federal Courts: Rule 53, 58 Colum. L. Rev. 452, 462 (1958); Note, "Force and Will:" An Exploration of the Use of Special Masters To Implement Judicial Decree 52 U. Colo. L. Rev. 105, 109-11 (1980); Newman v Alabama, 559 F. 2d 290 ("appointment of master and several monitors")
("silence is complicity")

En Banc, (Abatement) Tex. R. Civ. Proc.
Texas Law Dictionary: for (abatement).
(abatement). to destroy a lawsuit
Clean Air Mat. act to improve, strengthen, and accelerate programs for the prevention and abatement of air pollution 42 USC 7401 et seq.; en banc,"The Texas Whistle Blower Act" (under, abatement)...

4

Inmate Declaration:

I, Patrick Arnold White, Sr., being duly sworn and under oath against the use of perjury; declare, under the penalty if commit perjury to the above and foregoing to be true and correct. I am confined yet, against my own free-will; here, at the James V. Allred, Jr. Prison; here in the Texoma County of Iowa Park, Texas.

**See:** V.A.T.C.C.P. art. 132.001 - .03 followed by U.S.S.G. 6A1.3; Fed. Rules Crim. Proc. 32(a)(3)(b); U.S.S.G. 3cl.1 (1990)(perjury); U.S. v Dunnigan, 113 S.Ct. 1111, 507 US 87 (1993)(perjury)

Mr. White, Jr. Patrick
August 5, 2023

c.c. filed: court

5

NAME Mr. Patrick Arnold White, Sr

TDC# 00827179

2101 FM 369 N

IOWA PARK, TEXAS 76367

Building I 23 Top

NORTH TEXAS TX P&DC
DALLAS TX 750
16 AUG 2023 PM 4 L

RECEIVED
AUG 28 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
for the Wichita Falls
Region; 1000 N. Lamar
Wichita Falls, TX 76309-3431

LEGAL