**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **PATRICK A. WHITE, SR.,** | § | |
| **TDCJ No. 00827179,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-cv-087-O** |
| | § | |
| **STATE OF TEXAS, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **29th day** of **August, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**